LOEB & LOEB LLP
MICHELLE LA MAR (SBN 163038)
mlamar@loeb.com
AVI GHOLIAN (SBN 327531)
agholian@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

Attorneys for Defendant
MICRODENTAL LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| MICHAEL PROVOST, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRODENTAL LABORATORIES, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendant. | Case No. [Alameda County Superior Court Case No. 23CV057127]<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS** |

240566839.1
234390-10005

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

TO THE CLERK OF THE ABOVE-ENTITLED COURT, MICHAEL PROVOST, AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Civ. L.R. 3-15, Defendant MicroDental Laboratories, Inc. ("Defendant") hereby submits the following:

1. Michael Provost, named Plaintiff;
2. MicroDental Laboratories, Inc., named Defendant;
3. MicroDental Laboratories, Inc., is owned by Modern Dental Group Limited, a publicly held company trading on the Hong Kong Exchange.

Dated: December 20, 2024

Respectfully submitted,

LOEB & LOEB LLP
MICHELLE LA MAR
AVI GHOLIAN

By: /s/ Michelle La Mar
    Michelle La Mar

Attorneys for Defendant
MICRODENTAL LABORATORIES, INC.

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

240566839.1
234390-10005

- 2 -

DECLARATION OF MICHELLE LA MAR IN SUPPORT OF REMOVAL